## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GRACE M THOMAS, | ) | Bankruptcy No. 16 B 01622 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

### NOTICE OF MOTION

**To:**   See Attached Service List

     PLEASE TAKE NOTICE that on **Wednesday, February 14, 2018, at 10:00 a.m.,** we will appear before the Honorable Timothy A. Barnes or such other Judge as may be presiding in that Judge's stead, in courtroom 744, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present our **Trustee's Application for an Order to Employ Rick Levin & Associates, Inc as Trustee's Auctioneer and for Authority to Sell in Accordance with Highest and Best Bids, Free and Clear of Any Liens Without Further Order of Court Pursuant to §§ 363(b) and (f) of the Bankruptcy Code,** a copy of which is attached hereto and served upon you herewith.

Date:  January 19, 2018                        **DAVID P. LEIBOWITZ, not individually, but as
                                                         the Chapter 7 Trustee of the Debtor's Estate**

                                                         By:   /s/ David P. Leibowitz
                                                               David P. Leibowitz (ARDC # 1612271)
                                                               Lakelaw
                                                               53 West Jackson Boulevard, Suite 1115
                                                               Chicago, IL 60604
                                                               847.249.9100

### CERTIFICATE OF SERVICE

     On January 19, 2018, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the within Notice, by United States Mail, with postage prepaid, at Chicago, Illinois.  Those marked with an * were served via the Court's ECF System.

                                                                     /s/ Rachel A. Leibowitz
                                                                         Paralegal

**SERVICE LIST**

Swiss Colony/Ashro
3650 Milwaukee St
Madison, WI 53714-2399

Manhattan Civil Court
111 Centre Street
New York, NY 10013-4390

First Premier
3820 N. Louise Ave
Sioux Falls, SDE 57107-0145

City of Chicago/ Department of Revenue
121 N. LaSalle St
Chicago, IL 60602-1232

Wexler & Wexler City of Chicago
500 W Madison Ste 2910
Chicago, IL 60661-4571

RMCB/Midnight Velvet Swiss Colony
4 Westchester Plaza Ste 110
Elmsford, NY 10523-1615

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago IL 60664-0338

Corporation Counsel/City of Chicago
30 N. LaSalle Ste 800
Chicago, IL 60602-3542

C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

SYNCB/Old Navy
POB 965005
Orlando, FL 32896-5005

Midnight Velvet
1112 7th Ave
Monroe, WI 53566-1364

Geico Casualty Company
PO Box 9105
Macon, GA 31208-9105

Comenity Bank/ JSSCLNDN
POB 182125
Columbus, OH 43218-2125

Wiz City Home/SWE Homes
POB 741109
Houston, TX 77274-1109

Santander Consumer USA
8585 N Stemmons Fwy Ste 1000
Dallas, TX 75247-3822

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Dept of Ed/Navient
POB 9635
Wilkes Barre, DE 18773-9635

Capital One Auto Finance
POB 259407
Plano, TX 75025-9407

West Suburban Hospital
3 ErieCt
Oak Park, IL 60302-2599

Richard J. Daley Center
50W. Washington St Room 1001
Chicago, IL 60602-1316

IL Department of Revenue
POB 64338
Chicago, IL 60664-0338

Credit Collection Services/
Geico Casualty
725 Canton St
Norwood, MA 02062-2679

Capital One Auto Finance
P.O. BOX 201347
ARLINGTON, TX 76006-1347

SYNCB/Lumber Liquidators
POB 965036
Orlando, FL 32896-5036

Midland Funding LLC/ Synchrony Bank
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

First Premier
601 S Minnesota Ave
Sioux Falls, SD 57104-4824

Check into Go
7755 Montgomery Rd Ste 400
Cincinnati, OH 45236-4197

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702 *

Peoples Energy
200 E. Randolph
Chicago, IL 60601-6302

Harris & Harris
111 W Jackson Blvd Ste 400
Chicago, IL 60604-4135

Cook County Recorder of Deeds
118 N. Clark Room 230
Chicago, IL 60602-1387

Blatt Hasenmiller Leibsker Midland Funding
10 S. LaSalle #2200
Chicago, IL 60603-1069

Swiss Colony/Ashro
1515 S. 21st St
Clinton, IA 52732-6676

LVNV Funding LLC/Webbank Fingerhut
POB 10497
Greenville, SC 29603-0497

Experian
POB 2002
Allen, TX 75013-2002

Check into Cash
201 Keith St Ste 80
Cleveland, TN 37311-5867

Speedy Cash
POB 780408
Wichita, KS 67278-0408

Little Company of Mary Hospital
2800 W 95th St
Evergreen Park, IL 60805-2795

Equifax

POB 740241
Atlanta, GA 30374-0241

ChexSystems
7805 Hudson Rd Ste 100
Woodbury, MN 55125-1703

Webbank/Fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

Peoples Gas Light & Coke Company
200 E Randolph Dr
Chicago IL 60601-6433

Hoevel Talbot Associates
225 W Washington St
Chicago, IL 60606-2418

Convergent Outsourcing
800 SW 39th St.
Renton, WA 98057-4975

Baker & Miller City of Chicago
29 N Wacker Dr
Chicago, IL 60606-3221

Wiz City Homes/SWE Homes
6101 Southwest Fwy ste 400
Houston, TX 77057-7317

SENEX SERVICES CORP
3333 FOUNDERS ROAD
2ND FLOOR
INDIANAPOLIS IN 46268-4933

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

EMPRESS CASINO JOLIET
777 HOLLYWOOD BLVD
JOLIET IL 60436-1097

Check into Cash
5851 S. Kedzie
Chicago, IL 60629-3212

Transunion
POB 1000
Chester, PA 19022-1023

Penn Credit
916 South 14th St
Harrisburg, PA 17104-3425

GrandPointel/Swiss Colony
1112 7th Ave
Monroe, WI 53566-1364

Comenity Bank/VCTRSSEC
Pob 182789
Columbus, OH 43218-2789

AT&T
Bankruptcy Department
PO Box 769
Arlington TX 76004-0769

The Home Depot/CBNA
POB 6497
Sioux Falls, SD 57117-6497

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027 *

Grace M Thomas
5740 S Emerald Ave
1st Floor
Chicago, IL 60621-2811

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181-4204

AT&T Mobility
1025 Lenox Park Blvd NE
Atlanta, GA 30319-5309

Seventh Avenue
1112 7th Ave
Monroe, WI 53566-1364

Jerry Thomas
5740 S Emerald Ave 2nd Floor
Chicago, IL 60621-2811

Enhanced Recovery Company
POB 57547
Jacksonville, FL 32241-7547

Capital One Bank USA N.A.
POB 30281
Salt Lake City, UT 84130-0281

Wexler & Wexler Empress Casino Joliet
500 W Madison Ste 2910
Chicago, IL 60661-4571

Sallie Mae
300 Continental Dr
Newark, DE 19713-4322

Impact Cash USA
8721 Santa Monica Blvd #923
Los Angeles, CA 90069-4507

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

CashNet USA
175 W Jackson Ste 1000
Chicago, IL 60604-2863

Talan & Kisanes/City of Chicago
223 W. Jackson Ste 512
Chicago, IL 60606-6904

Northern Leasing System
525 Washington Blvd 15 Floor
Jersey City, NJ 07310-1606

Gettington/Webbank
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

Chicago
Convergent Outsourcing
800 SW 39th St
Renton, WA 98057-4975

Rick Levin & Associates, Inc.
980 N. Michigan Avenue, Suite 1400
Chicago, IL 60611

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GRACE M THOMAS, | ) | Bankruptcy No. 16 B 01622 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

**APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY AND RETAIN RICK LEVIN & ASSOCIATES, INC AS TRUSTEE'S AUCTIONEER AND FOR AUTHORITY TO SELL IN ACCORDANCE WITH HIGHEST AND BEST BIDS AND FREE AND CLEAR OF ANY LIENS, WITHOUT FURTHER ORDER OF COURT PURSUANT TO §§ 363(b) AND (f) OF THE BANKRUPTCY CODE**

David P. Leibowitz ("Trustee"), not individually but as the Chapter 7 Trustee of the estate of Grace M Thomas ("Debtor"), hereby submits this application to employ Rick Levin & Associates, Inc. as the Trustee's auctioneer for the purpose of conducting an auction of real property commonly known as 6926 S. Prairie Avenue, Chicago, Illinois, and bearing tax identification number: 20-22-315-020-0000, (the "Prairie Avenue Property"), and for authority to sell the Trustee's right, title, and interest in said property pursuant to §§ 363(b) and (f), as well as the interest of co-owner, Jerry Thomas, in accordance with §§ 363(h) and (k) of the Bankruptcy Code, to those entities submitting the highest and best bids therefor without further order of Court.[1]

In support of this Application, the Trustee relies on the *Declaration of Rick Levin in Support of the Trustee's Application for an Order to Employ Rick Levin & Associates, Inc. as Trustee's Auctioneer and for Authority to Sell in Accordance with Highest and Best Bids Without Further Order of Court Pursuant to §§ 363(b) and (f) of the Bankruptcy Code* (the "Levin Declaration"), attached hereto as **Exhibit A**. In further support of this Application, Trustee respectfully states the following:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (N), and (O).

---

[1] All chapter, section and rule references, unless otherwise noted, are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532 ("Code"), and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037.

2. Venue is proper pursuant to 28 U.S.C. § 1408.

3. By Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

## FACTUAL AND PROCEDURAL BACKGROUND

4. On January 20, 2016 ("Petition Date"), Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code.

5. David P. Leibowitz is the duly appointed, qualified, and acting chapter 7 trustee in this case.

6. Debtor listed a half-ownership interest the Prairie Avenue Property on her amended schedule A (docket #33), the full value of which was listed as $58,276.00.

7. The Trustee sought and received Court authorization, pursuant to 11 U.S.C. §§ 363(h) and (k) to sell the Estate's interest and the interest of co-owner Jerry L. Thomas in the Prairie Avenue Property (case no.: 17-ap-4, docket #13).

8. A review of the records of the Cook County Recorder of Deeds discloses that this property is free and clear of any liens of record. Accordingly, the Prairie Avenue Property could have significant value to this estate and, in Trustee's judgment, should be sold via auction.

9. Accordingly, Trustee now seeks to retain Rick Levin & Associates, Inc ("Levin & Associates" or the "Auctioneer") as Trustee's auctioneer for the purpose of marketing and selling the Prairie Avenue Property.

10. The Auctioneer is on the list of approved auctioneers maintained by the U.S. Trustee, subscribes to the blanket bond arranged by the U.S. Trustee, and is familiar with the U.S. Trustee's Guidelines for the Conduct of Auction Sales. The Auctioneer has performed hundreds of real

property auctions, many for the Department of Justice. The Auctioneer is experienced in conducting real estate auctions for residential, commercial, and industrial properties throughout the United States.

11. The proposed compensation for the Auctioneer is a five percent (5%) buyer's premium, plus a three percent (3%) commission, and in addition, a two percent (2%) commission paid to a broker who represents a buyer, if and only if the buyer is indeed represented by a broker, and reimbursement of $5,000 of marketing expenses (due at closing) related to the auction sale of the Prairie Avenue Property (collectively, the "Auctioneer's Compensation"). The Auctioneer will receive its compensation at the time of closing.

12. Auction bidders submitting the highest and best bids will expect a prompt transfer of title. Accordingly, the Trustee requests that he be authorized to sell the Prairie Avenue Property through the proposed auction sale without further order of this Court pursuant to §§ 363(b) and (f) of the Bankruptcy Code to the entity submitting the highest and best bid therefor.

13. The Trustee believes that the methods set forth herein are more than adequate to protect the estate. The Auctioneer is well qualified to serve as Trustee's auctioneer to sell the Prairie Avenue Property, and the compensation requested above is, in the Trustee's judgment, reasonable compensation for the actual and necessary services to be rendered by the Auctioneer.

14. The Trustee, with this Court's approval, intends to retain the Auctioneer on the terms and conditions set forth in the Exclusive Agreement for Auctioneer Services of Real Property (the "Exclusive Agreement") attached hereto as **Exhibit B**.

## RELIEF REQUESTED

15. The Trustee requests that the Court authorize and approve the retention and employment of the Auctioneer on the terms and conditions set forth herein and in the Levin Declaration for the purpose of conducting an auction of the Prairie Avenue Property and for authority to sell the Trustee's right, title, and interest in the Prairie Avenue Property through the auction sale

without further order of this Court pursuant to §§ 363(b) and (f) of the Bankruptcy Code to the entity submitting, in the Trustee's business judgment, the highest and best bid therefor.

## BASIS FOR RELIEF REQUESTED

16. Section 327(a) of the Bankruptcy Code provides:

> Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.
>
> 11 U.S.C. § 327(a).

17. The employment of professional persons is governed by FED. R. BANKR. P. 2014, which states, in relevant part:

> An order approving the employment of attorneys, accountants, appraisers, auctioneers, agents, or other professionals pursuant to § 327, § 1103, or § 1114 of the Code shall be made only on application of the trustee or committee. The application shall be filed and . . . a copy of the application shall be transmitted by the applicant to the United States trustee. The application shall state the specific facts showing the necessity for the employment, the name of the person to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. The application shall be accompanied by a verified statement of the person to be employed setting forth the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.
>
> FED. R. BANKR. P. 2014(a).

18. To the best of the Trustee's knowledge, information and belief, and other than as discussed herein or in the Levin Declaration: (a) the Auctioneer, nor any professional thereof, holds any interest materially adverse to the interest of the estate or any class of creditors, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor(s) or for any other reason; and (b) the Auctioneer is a "disinterested person," as the term is used in § 327(a) and defined in § 101(14) of the Bankruptcy Code, except as otherwise noted herein.

19. Pursuant to Bankruptcy Rule 2014(a), the Auctioneer has no connection with the Debtor, creditors of the Estate, the United States Trustee or any person employed in the office of the United States Trustee, any other party in interest, or their respective attorneys, accountants, or other professionals that would require disclosure, other than as discussed herein or in the Levin Declaration.

20. The Trustee believes that the services to be provided by the Auctioneer will benefit the estate and that its retention is in the best interest of the creditors and other parties in interest.

## NOTICE

21. Notice of this Application has been given to: (a) Debtor; (b) the Office of the United States Trustee; (c) all known creditors of this estate; and (d) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. The Trustee submits that, in light of the nature of the relief requested, no other or further notice is needed.

**WHEREFORE**, the Trustee requests that the Court enter an order: (i) granting this Application; (ii) authorizing the Trustee's retention of Rick Levin & Associates, Inc as the Trustee's auctioneer for the purpose of conducting an auction sale of the Prairie Avenue Property; (iii) authorizing the Trustee to sell his right, title, and interest in said property (or any portion thereof) through said auction sale without further order of this Court pursuant to §§ 363(b) and (f) of the Bankruptcy Code to those entities submitting, in the Trustee's business judgment, the highest and best bids therefor; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: January 19, 2018         **DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate**

By:   /s/ David P. Leibowitz
      David P. Leibowitz (ARDC # 1612271)
      Lakelaw
      53 West Jackson Boulevard, Suite 1115
      Chicago, IL 60604
      847.249.9100

**UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GRACE M THOMAS, | ) | Bankruptcy No. 16 B 01622 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

## DECLARATION OF RICK LEVIN IN SUPPORT OF APPLICATION FOR AN ORDER TO EMPLOY RICK LEVIN & ASSOCIATES, INC AS TRUSTEE'S AUCTIONEER

I, Rick Levin, being duly sworn according to law, depose and state:

1. My name is Rick Levin. I am over the age of majority and I am otherwise competent to make this declaration. My office is located at office is located at 980 N. Michigan Avenue, Suite 1400, Chicago, IL 60611. The statements made herein are based on my personal knowledge and are correct. I am the Director of Auction and Appraisal Services at Rick Levin & Associates, Inc, and I submit this Declaration in support of the application of David P. Leibowitz, Trustee ("Trustee") of the estate ("Estate") of Grace M Thomas ("Debtor"), to employ Rick Levin & Associates, Inc. ("Levin & Associates" or the "Auctioneer") as the Trustee's auctioneer for the purpose of conducting an auction of real property commonly known as 6926 S. Prairie Avenue, Chicago, Illinois, (the "Prairie Avenue Property"), to be held within the next 60 days, and for authority to sell the Prairie Avenue Property through said auction sale without further order of this Court pursuant to §§363(b) and (f) of the Bankruptcy Code to those entities submitting, in the Trustee's business judgment, the highest and best bids therefor.

2. The Auctioneer is on the list of approved auctioneers maintained by the U.S. Trustee, subscribes to the blanket bond arranged by the U.S. Trustee, and is familiar with U.S. Trustee's Guidelines for the Conduct of Auction Sales. The Auctioneer is experienced in conducting auction sales of residential, commercial, and industrial real estate.

3. I have conducted (or caused to be conducted) a search of Levin & Associates' records.

4. To the best of my knowledge, information, and belief, formed after an investigation that was reasonable under the circumstances, I have determined that neither I nor Levin & Associates has any conflict of interest with representing either the estate or the Trustee.

5. To the best of my knowledge, information, and belief, formed after an investigation that was reasonable under the circumstances, I have determined that neither I nor Levin & Associates