UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GRACE M THOMAS, | ) | Bankruptcy No. 16 B 01622 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

### DECLARATION OF RICK LEVIN IN SUPPORT OF APPLICATION FOR AN ORDER TO EMPLOY RICK LEVIN & ASSOCIATES, INC AS TRUSTEE'S AUCTIONEER

I, Rick Levin, being duly sworn according to law, depose and state:

1. My name is Rick Levin. I am over the age of majority and I am otherwise competent to make this declaration. My office is located at office is located at 980 N. Michigan Avenue, Suite 1400, Chicago, IL 60611. The statements made herein are based on my personal knowledge and are correct. I am the Director of Auction and Appraisal Services at Rick Levin & Associates, Inc, and I submit this Declaration in support of the application of David P. Leibowitz, Trustee ("Trustee") of the estate ("Estate") of Grace M Thomas ("Debtor"), to employ Rick Levin & Associates, Inc. ("Levin & Associates" or the "Auctioneer") as the Trustee's auctioneer for the purpose of conducting an auction of real property commonly known as 6926 S. Prairie Avenue, Chicago, Illinois, (the "Prairie Avenue Property"), to be held within the next 60 days, and for authority to sell the Prairie Avenue Property through said auction sale without further order of this Court pursuant to §§363(b) and (f) of the Bankruptcy Code to those entities submitting, in the Trustee's business judgment, the highest and best bids therefor.

2. The Auctioneer is on the list of approved auctioneers maintained by the U.S. Trustee, subscribes to the blanket bond arranged by the U.S. Trustee, and is familiar with U.S. Trustee's Guidelines for the Conduct of Auction Sales. The Auctioneer is experienced in conducting auction sales of residential, commercial, and industrial real estate.

3. I have conducted (or caused to be conducted) a search of Levin & Associates' records.

4. To the best of my knowledge, information, and belief, formed after an investigation that was reasonable under the circumstances, I have determined that neither I nor Levin & Associates has any conflict of interest with representing either the estate or the Trustee.

5. To the best of my knowledge, information, and belief, formed after an investigation that was reasonable under the circumstances, I have determined that neither I nor Levin & Associates

has had any prior involvement with Debtor or the Prairie Avenue Property, except that I have viewed the Prairie Avenue Property and provided the Trustee with an estimate of its value.

6. To the best of my knowledge, information, and belief, formed after an investigation that was reasonable under the circumstances, I have determined that neither I nor Levin & Associates have, hold, or represent any interest adverse to the estate.

7. To the best of my knowledge, information, and belief, formed after an investigation that was reasonable under the circumstances, I have determined that both Levin & Associates and I are disinterested persons within the meaning of section 101(14) of the Bankruptcy Code.

8. To the best of my knowledge, information, and belief, formed after an investigation that was reasonable under the circumstances, I have determined that neither Levin & Associates nor I have any connection with Debtor, his creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

9. I shall amend this statement upon learning that any of the representations contained herein are incorrect or if there are any changes in the circumstances relating to these representations.

10. The Auctioneer's proposed compensation is accurately set forth in the Application and based on my experience as an auctioneer, is usual and customary. It comprises the standard terms and conditions offered to clients of Levin & Associates. No promises have been received by me or Levin & Associates as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. Neither I nor Levin & Associates has any agreement with any other entity to share any compensation received in connection with this case.

11. The foregoing constitutes the statement of Levin & Associates pursuant to § 327(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

12. For the foregoing reasons, I believe that Levin & Associates and I, individually, are qualified to perform services as the Trustee's Auctioneer in this case.

I declare and verify under penalty of perjury that the foregoing is true and correct.

Executed on: January 18, 2018

_____
Rick Levin
Rick Levin & Associates, Inc