**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-01622 |
| | § | |
| GRACE M THOMAS | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/20/2016. The undersigned trustee was appointed on 01/20/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $38,123.99

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $15,534.06 |
    | Bank service fees | $130.79 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $11,250.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $11,209.14 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/02/2016 and the deadline for filing government claims was 12/02/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,562.40. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,562.40, for a total compensation of $4,562.40[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $64.38, for total expenses of $64.38.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/01/2019        By:   /s/ David P. Leibowitz
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit A

| Case No.: | 16-01622 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | THOMAS, GRACE M | | Date Filed (f) or Converted (c): | 01/20/2016 (f) |
| For the Period Ending: | 4/1/2019 | | §341(a) Meeting Date: | 02/18/2016 |
| | | | Claims Bar Date: | 12/02/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | refrigerator, stove, beds, mattress, sofa, loveseat, table, chairs, microwave, vacuum, rugs, dishes, dressers, food items at used store value | $950.00 | $0.00 | | $0.00 | FA |
| 2 | TV's, home computer/printer, home telephone at pawn shop value used | $375.00 | $0.00 | | $0.00 | FA |
| 3 | bible, family pictures (no cash value) | $10.00 | $0.00 | | $0.00 | FA |
| 4 | treadmill at pawn shop value used | $75.00 | $0.00 | | $0.00 | FA |
| 5 | normal wearing apparel at used store value | $375.00 | $0.00 | | $0.00 | FA |
| 6 | wedding ring at pawn shop value | $200.00 | $0.00 | | $0.00 | FA |
| 7 | Republic Bank account (6217) | $60.00 | $0.00 | | $0.00 | FA |
| 8 | Cash on hand | $65.00 | $0.00 | | $0.00 | FA |
| 9 | 6926 S Prairie Avenue Chicago, IL 60637 (u) | $29,138.00 | $100,000.00 | | $35,000.00 | FA |
| | Asset Notes: Disclosed in Amended Schedule A, filed 5/25/2016 (dkt #33) 1/2 interest - co-owner is Jerry L. Thomas; Trustee filed complaint under §363(h) to sell both Debtor and co-owner's interest; co-owner filed chapter 13 (no. 17-06286), and Trustee filed motion to lift stay, which was granted; Trustee then obtain default judgment on 363(h) complaint and thereafter sold property pursuant to order entered 03/21/2018 (dkt #73). | | | | | |
| 10 | Insurance Proceeds claim 836-626394 Thomas (u) | $0.00 | $3,123.99 | | $3,123.99 | FA |
| | Asset Notes: reimbursement re theft of furnace at Prairie Ave. property | | | | | |

**TOTALS (Excluding unknown value)**                     **Gross Value of Remaining Assets**

       $31,248.00        $103,123.99        $38,123.99        $0.00

**Initial Projected Date Of Final Report (TFR):** 06/30/2017     **Current Projected Date Of Final Report (TFR):** 12/31/2018     /s/ DAVID LEIBOWITZ

                                                                                                                    DAVID LEIBOWITZ

**FORM 2**
Page No: 1  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01622 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | THOMAS, GRACE M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2431 | | | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/20/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/1/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/10/2018 | (10) | Great American Insurance | Insurance Proceeds claim 836-626394 Thomas | 1229-000 | $3,123.99 | | $3,123.99 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $3.41 | $3,120.58 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $4.54 | $3,116.04 |
| 03/22/2018 | (9) | NSquare Properties | Earnest Money - Prairie Ave Sale | 1210-000 | $3,500.00 | | $6,616.04 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.19 | $6,608.85 |
| 04/25/2018 | 3001 | Trustee Insurance Agency | Invoice #10187 - Residential Insurance on 6926 S. Prairie Ave., Chicago, IL 60637 | 2420-000 | | $220.00 | $6,388.85 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $9.97 | $6,378.88 |
| 05/15/2018 | | Saturn Title Company Escrow Agent | Proceeds from Sale - 6926 S. Prairie Ave. | * | $19,000.00 | | $25,378.88 |
| | {9} | | balance of sale price due ($3500 earnest money previously received)  $31,500.00 | 1210-000 | | | $25,378.88 |
| | | | Closing cost credit - excessive water bill balance  $(4,000.00) | 2500-000 | | | $25,378.88 |
| | | | brokerage to Rick Levin and Associates per contract  $(8,500.00) | 3510-000 | | | $25,378.88 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $26.27 | $25,352.61 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $40.91 | $25,311.70 |
| 07/18/2018 | 3002 | Trustee Insurance Agency | Statement #3404 - Residential Insurance on 6926 S. Prairie Ave., Chicago, IL 60637 | 2420-000 | | $2,814.06 | $22,497.64 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $38.50 | $22,459.14 |
| 08/09/2018 | 3003 | Jerry Thomas | Co-owner share - proceeds from sale of Prairie Ave. property (disbursed directly to chapter 13 debtor co-owner per order entered in case no. 17-06286 on 08/02/2018 (dkt #75)) | 8500-000 | | $11,250.00 | $11,209.14 |
| | | | **SUBTOTALS** | | $25,623.99 | $14,414.85 | |

**FORM 2**
Page No: 2  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 16-01622 | **Trustee Name:** | David Leibowitz |
| **Case Name:** | THOMAS, GRACE M | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2431 | **Checking Acct #:** | ******2201 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 1/20/2016 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/1/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | |
|---|---|---|---|---|
| | | **TOTALS:** | $25,623.99 | $14,414.85 | $11,209.14 |
| | | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| | | **Subtotal** | $25,623.99 | $14,414.85 | |
| | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | **Net** | $25,623.99 | $14,414.85 | |

| **For the period of 1/20/2016 to 4/1/2019** | | **For the entire history of the account between 01/10/2018 to 4/1/2019** | |
|---|---|---|---|
| Total Compensable Receipts: | $38,123.99 | Total Compensable Receipts: | $38,123.99 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $38,123.99 | Total Comp/Non Comp Receipts: | $38,123.99 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $26,914.85 | Total Compensable Disbursements: | $26,914.85 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,914.85 | Total Comp/Non Comp Disbursements: | $26,914.85 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 3 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-01622 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | THOMAS, GRACE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2431 | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/20/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/1/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $25,623.99 | $14,414.85 | $11,209.14 |

**For the period of 1/20/2016 to 4/1/2019**

| | |
|---|---|
| Total Compensable Receipts: | $38,123.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $38,123.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $26,914.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,914.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/20/2016 to 4/1/2019**

| | |
|---|---|
| Total Compensable Receipts: | $38,123.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $38,123.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $26,914.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,914.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| Case No.: | 16-01622 | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | THOMAS, GRACE M | | | | | | | Date: 4/1/2019 |
| Claims Bar Date: | 12/02/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $4,562.40 | $0.00 | $0.00 | $0.00 | $4,562.40 |
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $64.38 | $0.00 | $0.00 | $0.00 | $64.38 |
| | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT  219 S. Dearborn Street Suite 713 Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $626.61 | $0.00 | $0.00 | $0.00 | $626.61 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,600.00 | $0.00 | $0.00 | $0.00 | $2,600.00 |
| | LOIS WEST  Kutchins, Robbins & Diamond Ltd 35 East Wacker Drive, Suite 690 Chicago IL 60601 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $901.00 | $0.00 | $0.00 | $0.00 | $901.00 |

# CLAIM ANALYSIS REPORT

Page No: 2
Exhibit C

| Case No.: | 16-01622 | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | THOMAS, GRACE M | | | | | | | | Date: | 4/1/2019 |
| Claims Bar Date: | 12/02/2016 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | CAPITAL ONE AUTO FINANCE, <br><br> a division of Capital One N.A. <br> POB 201347 <br> Arlington TX 76006 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | Amended | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (5-1) 2014 FORD TRUCK Flex-V6 Wagon 4D SE 2WD | | | | | | | | |
| 12 | IL DEPT OF REVENUE BANKRUPTCY SECTION <br> PO Box 19035 <br> Springfield IL 62794 | Claims of Governmental Units | Allowed | 5800-000 | $25,012.34 | $0.00 | $0.00 | $0.00 | $25,012.34 |
| 19 | ILLINOIS DEPARTMENT OF REVENUE <br> PO Box 19035 <br> Springfield IL 62794-9035 | Claims of Governmental Units | Allowed | 5800-000 | $2,356.76 | $0.00 | $0.00 | $0.00 | $2,356.76 |
| 1 | COMMONWEALTH EDISON COMPANY <br><br> 3 Lincoln Center <br> Attn: Bankruptcy Department <br> Oakbrook Terrace IL 60181 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $8,325.63 | $0.00 | $0.00 | $0.00 | $8,325.63 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR <br><br> MOMA Funding LLC <br> PO Box 788 <br> Kirkland WA 98083-0788 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $870.81 | $0.00 | $0.00 | $0.00 | $870.81 |
| **Claim Notes:** | (2-1) Money Loaned | | | | | | | | |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR <br><br> MOMA Funding LLC <br> PO Box 788 <br> Kirkland WA 98083-0788 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $676.29 | $0.00 | $0.00 | $0.00 | $676.29 |
| **Claim Notes:** | (3-1) Money Loaned | | | | | | | | |
| 4 | SPEEDYRAPID CASH <br><br> P O Box 780408 <br> Wichita KS 67278 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,269.87 | $0.00 | $0.00 | $0.00 | $1,269.87 |

| Case No.: | 16-01622 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | THOMAS, GRACE M | | | | | | | | Date: 4/1/2019 |
| Claims Bar Date: | 12/02/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5A | CAPITAL ONE AUTO FINANCE, a division of Capital One PO Box 165028 Irving TX 75016 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $21,361.44 | $0.00 | $0.00 | $0.00 | $21,361.44 |
| **Claim Notes:** | (5-1) 2014 FORD TRUCK Flex-V6 Wagon 4D SE 2WD | | | | | | | | |
| 6 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,969.27 | $0.00 | $0.00 | $0.00 | $1,969.27 |
| 7 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $685.99 | $0.00 | $0.00 | $0.00 | $685.99 |
| 8 | NAVIENT SOLUTIONS, INC. Department of Education Loan Services P.O. Box 9635 Barre PA 18773-9635 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $42,134.63 | $0.00 | $0.00 | $0.00 | $42,134.63 |
| 9 | MIDNIGHT VELVET c/o Creditors Bankruptcy Service P.O. Box 800849 Dallas TX 75380 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $130.07 | $0.00 | $0.00 | $0.00 | $130.07 |
| 10 | ASHRO LIFESTYLE c/o Creditors Bankruptcy Service P.O. Box 800849 Dallas TX 75380 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $366.37 | $0.00 | $0.00 | $0.00 | $366.37 |
| 11 | SEVENTH AVENUE c/o Creditors Bankruptcy Service P.O. Box 800849 Dallas TX 75380 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $148.37 | $0.00 | $0.00 | $0.00 | $148.37 |
| 13 | MIDLAND FUNDING LLC PO Box 2011 Warren MI 48090 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $545.42 | $0.00 | $0.00 | $0.00 | $545.42 |

| Case No.: | 16-01622 | | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | THOMAS, GRACE M | | | | | | | | Date: 4/1/2019 |
| Claims Bar Date: | 12/02/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 14 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren MI 48090 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $997.48 | $0.00 | $0.00 | $0.00 | $997.48 |
| 15 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,420.82 | $0.00 | $0.00 | $0.00 | $1,420.82 |
| 16 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS<br>assignee of Santander Consumer USA<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $665.18 | $0.00 | $0.00 | $0.00 | $665.18 |
| 18 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City OK 73124-8848 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $322.18 | $0.00 | $0.00 | $0.00 | $322.18 |
| 12a | IL DEPT OF REVENUE BANKRUPTCY SECTION<br>PO Box 19035<br>Springfield IL 62794 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $4,342.44 | $0.00 | $0.00 | $0.00 | $4,342.44 |
| 17 | CITY OF CHICAGO DEPARTMENT OF FINANCE<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago IL 60604 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $4,244.29 | $0.00 | $0.00 | $0.00 | $4,244.29 |
| 19a | ILLINOIS DEPARTMENT OF REVENUE<br>PO Box 19035<br>Springfield IL 62794-9035 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $1,813.04 | $0.00 | $0.00 | $0.00 | $1,813.04 |
| | | | | | **$128,763.08** | **$0.00** | **$0.00** | **$0.00** | **$128,763.08** |

| | | |
|---|---|---|
| **Case No.** | 16-01622 | **Trustee Name:** David Leibowitz |
| **Case Name:** | THOMAS, GRACE M | **Date:** 4/1/2019 |
| **Claims Bar Date:** | 12/02/2016 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $901.00 | $901.00 | $0.00 | $0.00 | $0.00 | $901.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $626.61 | $626.61 | $0.00 | $0.00 | $0.00 | $626.61 |
| Attorney for Trustee Fees (Trustee Firm) | $2,600.00 | $2,600.00 | $0.00 | $0.00 | $0.00 | $2,600.00 |
| Claims of Governmental Units | $27,369.10 | $27,369.10 | $0.00 | $0.00 | $0.00 | $27,369.10 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| Fines, Penalties § 726(a)(4) | $10,399.77 | $10,399.77 | $0.00 | $0.00 | $0.00 | $10,399.77 |
| General Unsecured § 726(a)(2) | $81,889.82 | $81,889.82 | $0.00 | $0.00 | $0.00 | $81,889.82 |
| Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | $26,021.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $4,562.40 | $4,562.40 | $0.00 | $0.00 | $0.00 | $4,562.40 |
| Trustee Expenses | $64.38 | $64.38 | $0.00 | $0.00 | $0.00 | $64.38 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 16-01622
Case Name: GRACE M THOMAS
Trustee Name: David P. Leibowitz

Balance on hand: $11,209.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 5 | Capital One Auto Finance, | $26,021.44 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $11,209.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $4,562.40 | $0.00 | $4,562.40 |
| David P. Leibowitz, Trustee Expenses | $64.38 | $0.00 | $64.38 |
| Lakelaw, Attorney for Trustee Fees | $2,600.00 | $0.00 | $2,600.00 |
| Lakelaw, Attorney for Trustee Expenses | $626.61 | $0.00 | $626.61 |
| Lois West, Accountant for Trustee Fees | $901.00 | $0.00 | $901.00 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |

Total to be paid for chapter 7 administrative expenses: $9,104.39
Remaining balance: $2,104.75

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,104.75

**UST Form 101-7-TFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $27,369.10 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | IL Dept of Revenue Bankruptcy Section | $25,012.34 | $0.00 | $1,923.51 |
| 19 | Illinois Department of Revenue | $2,356.76 | $0.00 | $181.24 |

Total to be paid to priority claims:   $2,104.75
Remaining balance:   $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $81,889.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | $8,325.63 | $0.00 | $0.00 |
| 2 | Quantum3 Group LLC as agent for | $870.81 | $0.00 | $0.00 |
| 3 | Quantum3 Group LLC as agent for | $676.29 | $0.00 | $0.00 |
| 4 | SpeedyRapid Cash | $1,269.87 | $0.00 | $0.00 |
| 5A | Capital One Auto Finance, | $21,361.44 | $0.00 | $0.00 |
| 6 | Capital One Bank (USA), N.A. | $1,969.27 | $0.00 | $0.00 |
| 7 | Capital One Bank (USA), N.A. | $685.99 | $0.00 | $0.00 |
| 8 | Navient Solutions, Inc. | $42,134.63 | $0.00 | $0.00 |
| 9 | Midnight Velvet | $130.07 | $0.00 | $0.00 |
| 10 | Ashro Lifestyle | $366.37 | $0.00 | $0.00 |
| 11 | Seventh Avenue | $148.37 | $0.00 | $0.00 |
| 13 | Midland Funding LLC | $545.42 | $0.00 | $0.00 |
| 14 | Midland Funding LLC | $997.48 | $0.00 | $0.00 |
| 15 | PYOD, LLC its successors and assigns as assignee | $1,420.82 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

|  |  |  |  |  |
|---|---|---:|---:|---:|
| 16 | LVNV Funding, LLC its successors and assigns as | $665.18 | $0.00 | $0.00 |
| 18 | American InfoSource LP as agent for | $322.18 | $0.00 | $0.00 |

|  |  |
|---:|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---:|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $10,399.77 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 12a | IL Dept of Revenue Bankruptcy Section | $4,342.44 | $0.00 | $0.00 |
| 17 | City of Chicago Department of Finance | $4,244.29 | $0.00 | $0.00 |
| 19a | Illinois Department of Revenue | $1,813.04 | $0.00 | $0.00 |

|  |  |
|---:|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |