UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GRACE M THOMAS | ) | |
| | ) | Bankruptcy No. 16-01622 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on April 19, 2019, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid. Those marked with an * were served via the Court's ECF System.

Date: April 19, 2019                         _/s/ Linda A. Green_
                                                              Attorney

Law Offices of David P. Leibowitz, LLC,
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
312.360.1501

## SERVICE LIST

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

SpeedyRapid Cash
P O Box 780408
Wichita, KS 67278

Capital One Auto Finance,
a division of Capital One
PO Box 165028
Irving TX 75016

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Navient Solutions, Inc.
Department of Education Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

Midnight Velvet
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

Ashro Lifestyle
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

IL Dept of Revenue Bankruptcy Section
PO Box 19035
Springfield, IL 62794

Midland Funding LLC
PO Box 2011
Warren MI 48090

Midland Funding LLC
PO Box 2011
Warren MI 48090

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

LVNV Funding, LLC its successors and assigns as
assignee of Santander Consumer USA
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

City of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W. Jackson Blvd Ste. 600
Chicago, IL. 60604

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035

Grace M. Thomas
5740 S Emerald Ave
1st Floor
Chicago, IL 60621

United States Trustee Patrick S. Layng*
Office of the United States Trustee
219 South Dearborn Street, Suite 873
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 16-01622 |
|---|---|---|
|  | § |  |
| GRACE M THOMAS | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/14/2019, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   04/19/2019           By:   /s/ David P. Leibowitz
                                                Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-01622 |
| | § | |
| GRACE M THOMAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $38,123.99
*and approved disbursements of*      $26,914.85
*leaving a balance on hand of*[1]:      $11,209.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 5 | Capital One Auto Finance, | $26,021.44 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:      $0.00
Remaining balance:      $11,209.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $4,562.40 | $0.00 | $4,562.40 |
| David P. Leibowitz, Trustee Expenses, Expenses | $64.38 | $0.00 | $64.38 |
| Lakelaw, Attorney for Trustee Fees | $2,600.00 | $0.00 | $2,600.00 |
| Lakelaw, Attorney for Trustee Expenses, Expenses | $626.61 | $0.00 | $626.61 |
| Lois West, Accountant for Trustee Fees | $901.00 | $0.00 | $901.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---|---|---|
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |
| Other: brokerage to Rick Levin and Associates per contract, Realtor for Trustee Fees | $8,500.00 | $8,500.00 | $0.00 |

                Total to be paid for chapter 7 administrative expenses:     $9,104.39
                                             Remaining balance:     $2,104.75

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

                Total to be paid to prior chapter administrative expenses:     $0.00
                                             Remaining balance:     $2,104.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $27,369.10 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | IL Dept of Revenue Bankruptcy Section | $25,012.34 | $0.00 | $1,923.51 |
| 19 | Illinois Department of Revenue | $2,356.76 | $0.00 | $181.24 |

                                    Total to be paid to priority claims:     $2,104.75
                                            Remaining balance:     $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $81,889.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to | Proposed Amount |
|---|---|---|---|---|

UST Form 101-7-NFR (10/1/2010)

|    |                                              |             | Date   |        |
|----|----------------------------------------------|-------------|--------|--------|
| 1  | Commonwealth Edison Company                  | $8,325.63   | $0.00  | $0.00  |
| 2  | Quantum3 Group LLC as agent for              | $870.81     | $0.00  | $0.00  |
| 3  | Quantum3 Group LLC as agent for              | $676.29     | $0.00  | $0.00  |
| 4  | SpeedyRapid Cash                             | $1,269.87   | $0.00  | $0.00  |
| 5A | Capital One Auto Finance,                    | $21,361.44  | $0.00  | $0.00  |
| 6  | Capital One Bank (USA), N.A.                 | $1,969.27   | $0.00  | $0.00  |
| 7  | Capital One Bank (USA), N.A.                 | $685.99     | $0.00  | $0.00  |
| 8  | Navient Solutions, Inc.                      | $42,134.63  | $0.00  | $0.00  |
| 9  | Midnight Velvet                              | $130.07     | $0.00  | $0.00  |
| 10 | Ashro Lifestyle                              | $366.37     | $0.00  | $0.00  |
| 11 | Seventh Avenue                               | $148.37     | $0.00  | $0.00  |
| 13 | Midland Funding LLC                          | $545.42     | $0.00  | $0.00  |
| 14 | Midland Funding LLC                          | $997.48     | $0.00  | $0.00  |
| 15 | PYOD, LLC its successors and assigns as assignee | $1,420.82 | $0.00  | $0.00  |
| 16 | LVNV Funding, LLC its successors and assigns as | $665.18  | $0.00  | $0.00  |
| 18 | American InfoSource LP as agent for          | $322.18     | $0.00  | $0.00  |

Total to be paid to timely general unsecured claims:     $0.00
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $10,399.77 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 12a | IL Dept of Revenue Bankruptcy Section | $4,342.44 | $0.00 | $0.00 |
| 17 | City of Chicago Department of Finance | $4,244.29 | $0.00 | $0.00 |
| 19a | Illinois Department of Revenue | $1,813.04 | $0.00 | $0.00 |

Total to be paid for subordinated claims:        $0.00
Remaining balance:        $0.00


Prepared By:    /s/ David P. Leibowitz
                Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.